Order issued November 28 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01175-CV

SHAUN BURGESS, Appellant

V.

CASTLE KEEPERS, INC., Appellee

## ORDER

Because the clerk's record filed electronically October 1, 2012 is defective, and a corrected record was filed November 14, 2012, we **STRIKE** the October 1st record from the record of this cause.

ELIZABETH LANG-MIERS
JUSTICE